UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-60134-MGC (Cooke/Hunt)

EMILY FULLER,

    Plaintiff,

vs.

BIGHAM JEWELERS, INC.,
a Florida for-profit corporation,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff EMILY FULLER and Defendant BIGHAM JEWELERS, INC., by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that the parties have reached a settlement in principle and anticipate submitting a consent decree with an appropriate joint motion within three (3) weeks.

Dated:  February 27, 2019          Respectfully submitted,

| | |
|---|---|
| *s/ Roderick V. Hannah* | *s/ Adam S. Chotiner*[1] |
| Roderick V. Hannah, Esq. | Adam S. Chotiner, Esq. |
| FL Bar No. 435384 | FL Bar No. 0146315 |
| Roderick V. Hannah, Esq., P.A. | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| 8751 W. Broward Blvd., Suite 303 | 7777 Glades Road, Suite 400 |
| Plantation, FL  33324 | Boca Raton, FL 33434 |
| Tel: (954) 362-3800 | Tel:  (561) 477-7800 |
| Fax: (954) 362-3799 | Fax: (561) 477-7752 |
| Email: rhannah@rhannahlaw.com | Email: achotiner@sbwh.law |
| Counsel for Plaintiff | Counsel for Defendant |

*s/ Pelayo M. Duran*
Pelayo M. Duran, Esq.
FL Bar No. 0146595

---

[1] Plaintiff's counsel has provided Adam S. Chotiner with express authority to jointly file this notice.

Law Office of Pelayo M. Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
Tel: (305) 266-9780
Fax: (305) 269-8311
Email: pduran@pelayoduran.com
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>s/ Adam S. Chotiner</i><br>
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Emily Fuller v. Palm Beach Confections, Inc., a Florida for-profit corporation*
Case No. 0:19-cv-60144-MGC
United States District Court, Southern District of Florida

| | |
|---|---|
| Roderick Victor Hannah, Esq.<br>Email: rhannah@rhannahlaw.com<br>Roderick V. Hannah, Esq., P.A.<br>8751 West Broward Boulevard<br>Suite 303<br>Plantation, FL 33324<br>Tel:    (954) 362-3800<br>Fax:   (954) 362-3779<br>Counsel for Plaintiff<br>*Via CM/ECF*<br><br>Pelayo M. Duran, Esq.<br>Email: Pleadings@pelayoduran.com<br>Law Office of Pelayo Duran, PA<br>4640 NW 7th Street<br>Miami, FL 33126<br>Tel:    (305) 266-9780<br>Fax:   (305) 269-8311<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwh.law<br>Shapiro, Blasi, Wasserman<br> & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:    (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |