UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60134-Civ-COOKE/HUNT

EMILY FULLER,

    Plaintiff,

vs.

BIGHAM JEWELERS, INC.,
a Florida for-profit corporation,

    Defendant.

_____/

### ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before me pursuant to the Consent Decree (ECF No. 14-1) reached between the Parties and their Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice ("Joint Motion") (ECF No. 14). I have carefully reviewed the Joint Motion, the record, and the Consent Decree.

It is hereby **ORDERED and ADJUDGED** that the Joint Motion is **GRANTED**. The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* Pursuant to Federal Rule of Civil Procedure 54, the Consent Decree is hereby **APPROVED and ENTERED**, and this action is **DISMISSED** *with prejudice*. Each party shall bear his or its own fees and costs except as provided in the Consent Decree.

The Court shall retain jurisdiction to enforce the Consent Decree and monitor and enforce Defendants' compliance with the terms of the Consent Decree to the extent necessary. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of May 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*